**Armando GOMEZ, Plaintiff–Appellant,**

v.

**SAN DIEGO FAMILY COURT, Defendant–Appellee.**

No. 08–55525.

United States Court of Appeals, Ninth Circuit.

Submitted June 29, 2010.*

Filed July 20, 2010.

Armando Gomez, Ione, CA, pro se.

Before: ALARCÓN, LEAVY, and GRABER, Circuit Judges.

MEMORANDUM **

Armando Gomez, a California state prisoner, appeals pro se from the district court's judgment dismissing his action challenging a state court child custody decision. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Noel v. Hall*, 341 F.3d 1148, 1154 (9th Cir.2003). We affirm.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

The district court properly concluded that the *Rooker–Feldman* doctrine barred the action because it is a "forbidden de facto appeal" of a state court decision, and raises constitutional claims that are "inextricably intertwined" with that prior state court decision. *Id.* at 1158; *see also Bianchi v. Rylaarsdam*, 334 F.3d 895, 900 n. 4 (9th Cir.2003) (explaining that under the *Rooker–Feldman* doctrine, "[i]t is immaterial that [the plaintiff] frames his federal complaint as a constitutional challenge to the state court['s] decision[ ], rather than as a direct appeal of [that decision]").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

